

*JPF*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A.R. Nejad Enterprises, Inc.,<br>            Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Home Decorators Collection, Inc.,<br>            Defendant | : | NO. 2:05-CV-04442-JF |

### STIPULATION OF DISMISSAL

COME NOW the parties hereto, by and through their undersigned counsel, and hereby

stipulate that the above-captioned action, including all claims asserted therein, shall be dismissed

with prejudice, the parties each to bear their own respective costs and attorney fees.

Respectfully submitted,

David L. Marshall (I.D. No. 19356)
Eastburn and Gray, P.C.
775 Penllyn Blue Bell Pike
Blue Bell, PA  19422
215-345-7000; Fax 215-542-9421
dmarshall@eastburngray.com
Attorney for Plaintiff
A.R. Nejad Enterprises, Inc.

Keith A. Rabenberg (admitted pro hac vice)
SENNIGER POWERS
One Metropolitan Square, 16th Floor
St. Louis, MO  63102
314-231-5400; Fax: 314-231-4342
krabenberg@senniger.com

Joseph D. Mancano (I.D. No. 30281)
Elizabeth L. Long (I.D. No. 84845)
KLETT ROONEY LIEBER & SCHORLING
2 Logan Square, 12th Floor
Philadelphia, PA  19103
215-567-7500
jdmancano@klettrooney.com
Attorneys for Defendant
Home Decorators Collection, Inc.

SO ORDERED:

Dated: Sept. 20, 2006

9-20-06- FAXED BY
CHAMBERS To:
E. LUENING LONG

9/20/06 Mailed To:
J. Marshall, J. Mancano,
1 K. Rabenberg, M. Hartley, E. L. Long